NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALTAIRE PHARMACEUTICALS, INC.,**
*Appellant*

**v.**

**PARAGON BIOTECK, INC.,**
*Appellee*

---

2017-1487

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2015-00011.

---

Before O'MALLEY, SCHALL, and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

Upon consideration of the parties' September 24, 2018 response to this court's order to show cause,

IT IS ORDERED THAT:

We do not typically vacate an issued opinion. *Cf. Tivo Inc. v. EchoStar Corp.*, 429 F. App'x 975, 976 (Fed. Cir. 2011). However, in light of the parties' settlement in this case, the court shall modify the precedential opinion and

judgment issued May 2, 2018, by vacating only the portion that orders remand to the U.S. Patent and Trademark Office's Patent Trial and Appeal Board.    Any citation to our underlying opinion should read:   *Altaire Pharmaceuticals, Inc. v. Paragon Bioteck, Inc.*, 889 F.3d 1274 (Fed. Cir. 2018), *remand order modified by stipulation*, [this order].

FOR THE COURT

October 2, 2018                   /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                         Clerk of Court